[No. 18323–1–I.  Division One.  July 1, 1987.]

*In the Matter of the Marriage of* HARRIET BAJORAITIS, *Appellant, and* RIMVYDIS BAJORAITIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–00349–3, Murray McLeod, J. Pro Tem., entered March 27, 1986. *Affirmed* by unpublished opinion

per Revelle, J. Pro Tem., concurred in by Coleman and Grosse, JJ.